AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>**William Yates**<br><br>*Defendant* | Case No. 25-cr-20442 SHL/tmp |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   William Yates ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 USC 922(g)(1) - Unlawful possession of a firearm by a felon

Date: 12/23/202

City and state:   Memphis, TN

/s/ Charmiane G. Claxton
3:46 PM, Dec 23, 2025
*Issuing officer's signature*

Charmiane G. Claxton, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/30/25, and the person was arrested on *(date)* 1/2/2026
at *(city and state)* Memphis, TN

Date: 1/2/2026

*Arresting officer's signature*

Madison Futrell DUSM
*Printed name and title*